The Board of Commissioners of Wells County *et al. v.* Fahlor.

Filed Oct. 13, 1892.

---

No. 13,050.

THE BOARD OF COMMISSIONERS OF WELLS COUNTY ET AL. *v.* FAHLOR.

HIGHWAYS.—*Establishment of.—Special Assessment.—Notice.*—In proceedings to establish a public road, where an adjacent owner's land is sought to be subjected to a special assessment, notice is essential to confer jurisdiction.

JUDICIAL PROCEEDINGS.— *Void.— Validating Statute Invalid.*—Where judicial proceedings are void because of an entire absence of notice to a property owner, a subsequent statute assuming to validate such proceedings is invalid.

From the Wells Circuit Court.

*J. S. Daily, L. Mock, L. B. Simmons, E. R. Wilson* and *J. J. Todd*, for appellants.

*N. Burwell*, for appellee.

ELLIOTT, J.—This case is in this court for the second time.   *Fahlor* v. *Board, etc.*, 101 Ind. 167.   A branch of the subject-matter of this controversy, exhibiting some of the facts and questions contained in the record* now before us was considered in *Johnson* v. *Board, etc.*, 107 Ind. 15.   The cases to which we have referred lay down two leading rules which govern this case.

*First.* Notice is essential to confer jurisdiction in proceedings for the establishment of a public road, where an

adjacent owner's land is sought to be subjected to a special assessment.

*Second.* Where judicial proceedings are void because of an entire absence of notice to a property owner, a subsequent statute assuming to validate such proceedings is invalid.

Judgment affirmed.

Filed October 12, 1892.